## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA SEITZ and GREG WELTER, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 11 C 4803 |
| | ) | |
| v. | ) | Hon. Joan Humphrey Lefkow |
| | ) | |
| ROBERT BEETER and TAMARA WELTER | ) | Mag. Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT AND COUNTER-PLAINTIFF TAMARA WELTER'S
## MOTION TO DISMISS PURSUANT TO SETTLEMENT

Defendant and Counter-Plaintiff TAMARA WELTER ("Tamara"), by and through her attorney, Victor J. Pioli of JOHNSON & BELL, LTD., hereby moves this Honorable Court to dismiss all claims against her and to dismiss her counter-claims pursuant to the settlement agreement reached between the parties. In support of her motion, Tamara Welter states as follows:

1.      Plaintiffs have brought this case against Tamara, Robert Beeter, and the City of Elgin alleging various claims stemming from Defendants' alleged unauthorized access to Plaintiffs' email accounts.  Most recently, Plaintiffs filed their Third Amended Complaint on or about September 7, 2012.

2.      Tamara has answered the Third Amended Complaint and filed a counterclaim against Greg Welter ("Greg") stemming from his alleged unauthorized access of Tamara's email account.

3.      Tamara and Greg are parties to a divorce proceeding in Kane County, Illinois – *In re: Marriage of Welter*, Case No. 09 D 1753 (Kane County, IL).

4.    A settlement agreement was recently reached in Tamara and Greg's divorce proceeding which included *inter alia* terms requiring the dismissal of all claims and counterclaims against Tamara and Greg in the present case.

5.    The terms of the settlement were read into the record in the divorce proceeding and were agreed to by the parties. A true and correct copy of the prove-up hearing transcript containing the terms of the settlement agreement is attached hereto as Ex. A.

6.    The transcript from the prove-up hearing states in relevant part:

MR. SWEARINGEN [Greg's lawyer]:    Tamara, there is a case pending in U.S. Federal Court, United States District Court, Case No. 11 CV 4803, assigned to Judge Joan H. Lefkow. That's Debra Seitz and Greg Welter versus Robert Beeter and Tamara Welter. Is that correct?

MS. WELTER: That's correct.

MR. SWEARINGEN:  And you are familiar with this case?

MS. WELTER: Yes.

MR. SWEARINGEN:  And you are aware that you are named as a defendant. *And part of this agreement is that you will be dismissed as a defendant by Debra Seitz and Greg Welter. Is that correct?*

MS. WELTER: That's correct.

MR. SWEARINGEN:  And if there is a counterclaim that you filed, *you will dismiss that counterclaim; and you will not be able to file any other claims in that case, nor will Greg. Is that correct?*

MS. WELTER: That's correct.

*See* Oct. 25, 2012 Trans., Ex. A, at pp. 18-19 (emphasis added).

MR. SWEARINGEN: *And, again, you understand that you are both waiving any and all claims that you have against each other both in this case and any other case regarding any conduct that occurred prior to the judgment of dissolution. Is that correct?*

MS. WELTER: Correct.

MR. WELTER: That's correct.

*Doc. No.* 3128768

MR. CHIERO [Tamara's lawyer]: *And that's not only cases that have been filed but cases that could be filed based on anything that would have occurred between the two of you up through the date of judgment?*

MR. WELTER: That's correct.

MS. WELTER: Correct.

*Id.*, at p. 22 (emphasis added).

7.      Thus, the matters in dispute in the present litigation involving Tamara vis-à-vis Plaintiffs have been resolved as part of the settlement agreement entered into in the divorce proceeding.

8.      Tamara therefore brings this motion pursuant to the settlement agreement seeking: (1) to dismiss all claims against her as a defendant in this case; and (2) to dismiss her counterclaim against Greg.

WHEREFORE, Defendant and Counter-Plaintiff, Tamara Welter respectfully requests that this Honorable Court enter an order dismissing all claims against claims against her and dismissing her counter-claim against Greg and for all other relief the Court deems just and proper.

Respectfully submitted,

TAMARA WELTER

By:__ /s/ Victor J. Pioli_____
         One of Her Attorneys

Victor J. Pioli
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770 (T)
(312) 372-9818 (F)

3

*Doc. No. 3128768*