# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA SEITZ and GREG WELTER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.11-cv-4803 |
| | ) | |
| ROBERT BEETER, TAMARA WELTER, | ) | Judge Joan H. Lefkow |
| and CITY OF ELGIN, | ) | |
| | ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |
| ROBERT BEETER and TAMARA WELTER | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREG WELTER | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## PLAINTIFFS' MOTION TO VACATE DISMISSAL
## PENDING A HEARING ON SETTLEMENT TERMS

NOW COME the Plaintiffs DEBRA SEITZ and GREG WELTER ("Plaintiffs"), by and through their counsel, Mudd Law Offices, and respectfully submit their Motion to Vacate Dismissal of Tamara Welter Pending a Hearing on Settlement Terms, stating as follows:

1. On October 25, 2012, Plaintiff Greg Welter ("Greg") and Defendant Tamara Welter ("Tamara") reached a settlement in their divorce case. Both parties memorialized the settlement agreement in a sworn statement attached to Defendant's Motion to Dismiss Pursuant to Settlement as Exhibit A. See Mtn. (Dkt. No. 85-1). Based on the statements made by Tamara in that sworn statement, the Parties (Greg Welter, Debra Seitz, and Tamara Welter) agreed that the divorce settlement would dispose of all claims between the three of them in the instant action.

2. In her Motion, Tamara included portions of her sworn statement. Mtn. ¶ 6. However, the Motion does not discuss significant sections of that testimony. Particularly, Defendant omits the statements in which she avers, under oath, that she had no involvement with the allegations against her in the instant case. (Dkt. No. 85-1, pp. 19:16-21:22).

3. On November 15, 2012, pursuant to the agreement between the parties, counsel for the Plaintiffs submitted a draft stipulation of dismissal to counsel for Tamara, attached hereto as Exhibit A.

4. Counsel for Tamara objected to the inclusion of language indicating that the dismissal was contingent upon the truth of Tamara's statements in the divorce action.

5. Counsel agreed that, as they had not been present at the divorce settlement, they would contact divorce counsel for their respective clients to confirm the parties' intentions.

6. Without further word or notice from Tamara's counsel, on December 5, 2012 Tamara filed her Motion to Dismiss Pursuant to Settlement ("Motion") (Dkt. No. 85), noticed for December 18, 2012.

7. Plaintiffs' counsel has been preparing Plaintiffs' response to the Motion, including supporting affidavits from Greg's counsel in his divorce case to demonstrate the agreement made between the parties, such that the dismissal is conditioned on Tamara's sworn statements in which she denies any involvement. For, should it be determined through discovery she has misrepresented her involvement, the Plaintiffs would be permitted to vacate the dismissal.

8. On December 17, 2012, the call sheet for Judge Joan H. Lefkow indicated that Tamara's Motion had been granted before Plaintiffs had an opportunity to be heard.

9. Plaintiffs respectfully request that the dismissal of Defendant Tamara Welter be vacated until Plaintiffs have an opportunity to be heard on the terms of the settlement between them and Defendant Tamara Welter such that the dismissal is properly and accurately entered pursuant to the terms of the Parties' settlement.

## CONCLUSION

WHEREFORE, Plaintiffs DEBRA SEITZ and GREG WELTER respectfully request that this Court enter an order vacating the dismissal of Tamara Welter such that a hearing can be held on the actual and complete terms of the Parties' settlement agreement.

                                                Respectfully submitted,

Dated: Chicago, Illinois                     PLAINTIFFS,
        December 17, 2012              DEBRA SEITZ and GREG WELTER

                                          s/Stephanie M. Snyder
                                          By: One of Their Attorneys
                                                Stephanie M. Snyder
                                                Mudd Law Offices
                                                3114 West Irving Park Road, Suite 1W
                                                Chicago, Illinois 60618
                                                773.588.5410 Telephone
                                                773.588.5440 Facsimile
                                                Illinois ARDC: 6307046
                                                ssnyder@muddlawoffices.com