# United States District Court
## Northern District of Illinois
### Eastern Division

Seitz, et al.                                               **JUDGMENT IN A CIVIL CASE**

              v.                                                                 Case Number: 11 C 4803

City of Elgin

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment entered in favor of the City of Elgin and against plaintiffs. This is a final judgment as to the City of Elgin only.

                                             Thomas G. Bruton, Clerk of Court

Date: 12/20/2012                            _____
                                                        /s/ Michael Dooley, Deputy Clerk