# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEBRA SEITZ and GREG WELTER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.11-cv-4803 |
| ) | |
| ROBERT BEETER, TAMARA WELTER, ) | Judge Joan H. Lefkow |
| and CITY OF ELGIN, ) | |
| ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. ) | |
| ROBERT BEETER and TAMARA WELTER, ) | |
| ) | |
| Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| GREG WELTER ) | |
| ) | |
| Counter-Defendant. ) | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE THAT Debra Seitz and Greg Welter, Plaintiffs in the above-captioned case, by their undersigned counsel, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order granting the Defendant City of Elgin's Motion to Dismiss Count IX of Plaintiffs' Third Amended Complaint (Dkt. No. 83), as to it only, entered as a final judgment (Dkt. No. 97) on December 20, 2012.

        Respectfully submitted,

Dated: Chicago, Illinois        PLAINTIFFS,
      January 4, 2013        DEBRA SEITZ and GREG WELTER

        /s/Charles Lee Mudd Jr.\_\_\_\_\_
        By: One of Their Attorneys
            Charles L. Mudd, Jr.
            Mudd Law Offices
            3114 West Irving Park Road, Suite 1W
            Chicago, Illinois  60618
            773.588.5410 Telephone
            773.588.5440 Facsimile
            Illinois ARDC: 6257957
            cmudd@muddlawoffices.com

## **CERTIFICATE OF SERVICE**

      I, Stephanie M. Snyder, do hereby certify that service of this **NOTICE OF APPEAL** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 4th day of January, 2013.

                                                           /s/Stephanie M. Snyder
                                                          Stephanie M. Snyder

Stephanie M. Snyder
Mudd Law Offices
3114 W. Irving Park Road
Suite 1W
Chicago, Illinois  60618
773.588.5410 Telephone
773.588.5440 Facsimile
ssnyder@muddlawoffices.com
ARDC: 6307046

## **SERVICE LIST**

All counsel in this matter are ECF users.